UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD MAHOGANY, JR.                         CIVIL ACTION

VERSUS                                                    NUMBER: 06-2293

RICHARD STALDER, ET AL.                       SECTION: "I"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Richard Mahogany, Jr., which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's §1983 claim is dismissed with prejudice to it being asserted again when the Heck conditions are met.

New Orleans, Louisiana, this    7th    day of June, 2006.

UNITED STATES DISTRICT JUDGE